KELLOGG, Appellant, v. MATCH SUPPLY CO. et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 15, 1915.) Action by Mary E. Kellogg against the Match Supply Company and another. No opinion. Motion denied. See, also, 151 N. Y. Supp. 361.

KELLY v. CATHOLIC RELIEF & BENEFICIARY ASS'N. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by Catherine Kelly against the Catholic Relief & Beneficiary Association. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs.

KELLY, Respondent, v. CURTIS et al., Appellants. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Michael A. Kelly against Thomas J. Curtis, individually, etc. F. X. Sullivan, of New York City, for appellants. F. H. Schwegler, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KELLY, Respondent, v. PENNSYLVANIA TUNNEL & TERMINAL R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. February 5, 1915.) Action by Mary F. Kelly, as administratrix, against the Pennsylvania Tunnel & Terminal Railroad Company and another. F. V. Johnson, of New York City, for appellants. E. A. Martin, of New York City, for respondent.
PER CURIAM. Judgment affirmed, with costs as to defendant Pennsylvania Tunnel & Terminal Railroad Company. Judgment reversed, with costs, and complaint dismissed, with costs, as to defendant Union Switch & Signal Company. Order filed. See, also, 158 App. Div. 921, 143 N. Y. Supp. 1124.
INGRAHAM, P. J., dissents.

KENNEDY v. FLYNN et al. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Action by Michael J. Kennedy, as executor, etc., against Patrick H. Flynn, and others.
PER CURIAM. Motion denied, with $10 costs. See, also, 150 N. Y. Supp. 1091.
JENKS, P. J., takes no part.

KENT, Appellant, v. KENT, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 13, 1915.) Action by Morgan B. Kent against Eleanor R. Kent. No opinion. Order affirmed, with $10 costs and disbursements.

KENT, Appellant, v. TOWN OF PATTERSON, Respondent. (Supreme Court, Appellate Division, Second Department. February 26, 1915.) Action by Charles Kent against the Town of Patterson. No opinion. Motion denied, without costs. See, also, 150 N. Y. Supp. 1092.

KERR v. KERR. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Theresa F. Kerr against John J. Kerr. No opinion. Motion to dismiss appeal granted, without costs. Order filed.

KIMBARK v. WALDEMARK CO. et al. (No. 6845.) (Supreme Court, Appellate Division, First Department. January 29, 1915.) Appeal from Special Term, New York County. Action by Elmer M. Kimbark against the Waldemark Company and others. From an order authorizing a receiver to pay a counsel fee, Mortimer Bartlett and another appeal. Reversed, and motion denied. See, also, 161 App. Div. 931, 146 N. Y. Supp. 1096. Philip Carpenter, of New York City, for appellants. Evan Shelby, of New York City, for respondents.
PER CURIAM. Upon the affidavits presented to the court, there is no basis upon which the court can ascertain the value of the services rendered by the attorney for the receiver. The order appealed from must therefore be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

KING, Respondent, v. KING, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1915.) Action by James E. King against Rose A. King. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 150 N. Y. Supp. 1092.

In re KINGS COUNTY TRUST CO. (Supreme Court, Appellate Division, Second Department. January 29, 1915.) In the matter of the judicial settlement of the account of the Kings County Trust Company, as executor and trustee, etc., of Mary Elizabeth Lewis, deceased.
PER CURIAM. By the provisions of rule 34, exhibits shall not be printed at length unless the judge or referee so direct. Clearly this refers to the judge or the referee before whom the case was tried. As it appears that the surrogate has not exercised his discretion in this matter, this motion is denied, without costs, with leave to apply to the surrogate for such direction as he may think proper. If this application were properly before us, we see no reason why it should not be granted. See, also, 86 Misc. Rep. 176, 149 N. Y. Supp. 124.

KINSELLA et al., Respondents, v. HAMM, Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by John J. Kinsella and another against Mary M. Hamm. No opinion. Judgment unanimously affirmed, with costs.